IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ERIK SALAIZ, | § | |
| Plaintiff, | § § § | |
| v. | § § | CAUSE NO. EP-25-CV-48-KC |
| AMERICAN TAX SERVICE LLC, | § § § | |
| Defendant. | § § | |

## ORDER

On this day, the Court considered Plaintiff's Notice of Voluntary Dismissal, ECF No. 7. Defendant has not filed an answer or a motion for summary judgment. Thus, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and the terms of Plaintiff's Notice, all claims against Defendant are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that all parties shall pay their own costs and fees.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 20th day of May, 2025.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE